**Order entered February 7, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01167-CV

## DIEGO VELASQUEZ, Appellant

## V.

## XIMENA RAYON, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-54055-2021

## ORDER

This is an appeal from a protective order. Appellee is the adult step-daughter of appellant, who has separately filed for divorce from appellee's mother.

Before the Court is appellee's motion to abate the appeal pursuant to Texas Family Code section 81.009(b). That section provides that "[a] protective order rendered against a party in a suit for dissolution of a marriage may not be appealed until the time the final decree of dissolution of the marriage becomes a final, appealable order." *See* TEX. FAM. CODE ANN. § 81.009(b). Appellee asserts the

appeal should be abated because the divorce is still pending, and "it was the actions which led to a protective order that was the motive behind the Divorce."

Because section 81.009(b) has been interpreted to apply only to a protective order entered in a divorce action and the protective order here was entered in a proceeding separate from the divorce, we **DENY** the motion. *See Puente v. Puente*, No. 01-18-00583-CV, 2019 WL 3418510, *3 (Tex. App.—Houston [1st Dist.] July 30, 2019, no pet.) (citing *In re Keck*, 329 S.W.3d 658, 661 (Tex. App.—Houston [14th Dist.] 2010, orig. proceeding)).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE